FILED

2018 NOV 29 PM 1:27

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
DUVAL DIVISION

JOHN BUTLER

  Plaintiff,

-vs-

UNITED STATES OF AMERICA,

  Defendant.

CASE NO.:

3:18-cv-1412-J-20PDB

## COMPLAINT

The Plaintiff, JOHN BUTLER, an individual, sues the Defendant, UNITED STATES OF AMERICA, (hereinafter referred to as "United States") and alleges:

1. This is a civil action for damages brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §1346(b) & 28 U.S.C. §§ 2671-80, based on a personal injury claim that accrued against the United States on or about November 15, 2016, on Wilson Blvd at the intersection of 3600Aldinton Drive, in Jackosnville, Duval County, Florida, in the Middle District of Florida.

2. At all times material hereto, the Plaintiff was a resident of Duval County, Florida, in the Middle District of Florida.

3. Pursuant to 28 U.S.C. § 2675(a), the Plaintiff presented his claim against the United States to the United States Postal Service on or about September 1, 2017.

4. To date, the United States Postal Service, has failed and/or refused to give notice of its final determination, and/or failed to pay damages as to the claim of the Plaintiff.

5. At all times material hereto, the United States Postal Service was a department or agency of the United States government. The United States, through the United States Postal

[9432161/1]

Service owned and/or controlled the 2002 Dodge Caravan, Florida tag GOVERN, that was permissively operated by Angela Hamm West.

6. At all times material hereto, Angela Hamm West was acting within the course and scope of her employment with the United States Postal Service.

7. At all times material hereto, the United States is legally liable for negligent acts committed by Angela Hamm West while operating the aforementioned vehicle as an agent or employee of the United States Postal Service.

8. On or about November 15, 2016, Angela Hamm West, while in the course and scope of her agency and/or employment with the United States Postal Service negligently operated the aforesaid vehicle, causing a collision with a vehicle owned and operated by the Plaintiff, John Butler.

9. As a direct and proximate result of the aforesaid negligence, Plaintiff, JOHN BUTLER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff, JOHN BUTLER, has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, the Plaintiff, JOHN BUTLER, demands judgment for damages, interest and costs against the Defendant, UNITED STATES OF AMERICA.

FARAH & FARAH, P.A.

_/s/_____

Andrew H. Nachman, Esq.
Florida Bar No.: 870470
10 West Adams Street
Jacksonville, FL 32202
904-513-5776 (direct)
904-380-3770 (facsimile)
Attorney for Plaintiff
Primary and Secondary Email Addresses:
ANachman@farahandfarah.com
CGorgia@farahandfarah.com

[9432161/1]