UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN BUTLER,

    Plaintiff,

v.                                  CASE NO. 3:18-cv-1412-HES-PDB

UNITED STATES OF AMERICA,

    Defendant.
_____/

SULEJMAN SIJAMHODZIC,

    Plaintiff,

v.                                  CASE NO. 3:19-cv-359-HES-PDB

UNITED STATES OF AMERICA,

    Defendant.
_____/

## O R D E R

This matter is before this Court on an "Joint Stipulation of Dismissal" (Dkt. 42, in Case No. 3:19 cv 359 HES PDB).

Accordingly, it is **ORDERED**:

1. The "Joint Stipulation of Dismissal" (Dkt. 42, in Case No. 3:19 cv 359 HES PDB) is **GRANTED**; and these cases, Case Nos. 3:18-cv-1412-HES-PDB, and 3:19-cv-359-HES-PDB, are **DISMISSED with prejudice**, without an

award of interest, costs, or attorney fees; and

    2. The Clerk is directed to terminate all pending motions and close these files.

    **DONE AND ENTERED** at Jacksonville, Florida, this __ day of February, 2022.

                                  HARVEY E. SCHLESINGER
                                  UNITED STATES DISTRICT JUDGE

Copies to:
Samuel Allen Maroon, Esq.
Collette Bridget Cunningham, Esq.